**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Commitment of T. C.

Appellate case number:   01-22-00542-CV

Trial court case number:  320442

Trial court:                     Probate Court No 4 of Harris County

Appellant T.C.'s court-appointed counsel has filed a motion for a thirty-day extension for her client to make arrangements for payment of the appellate fees and to request the clerk's record and reporter's record.

The motion is **granted.**   Appellant has until October 17, 2022 to pay the appellate filing fees and to make arrangements for obtaining the reporter's record.  We note the clerk's record was filed on September 19, 2022.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually


Date:  October 6, 2022